UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

MEDLINE INDUSTRIES, INC., )
    Plaintiff, )
VS. ) CV97-S-2514-NE
TOTAL CARE MANAGEMENT, LLC, )
    Defendant. )

FILED
98 JUN 18 PM 3: 14
N.D. OF ALABAMA

ENTERED
JUN 19 1998

### FINDINGS OF FACT AND CONCLUSIONS OF LAW

The court has before it the plaintiff's motion for judgment by judgment, together with the affidavit of Paul Mason attached thereto. The court finds and concludes as follows:

1. That defendant Total Care Management, LLC, was served with a copy of the summons and complaint on September 22, 1997, and has failed to answer or respond.

2. That Total Care Management, LLC, is a limited liability company within the jurisdiction of this court.

3. That defendant is not an infant or incompetent, and has not been in the armed forces since the filing of the lawsuit or six months prior thereto.

4. That defendant Total Care Management, LLC, is indebted to plaintiff Medline Industries, Inc., in the principal sum of $94,608.30 as of May 4, 1998.

5. That plaintiff shall have and recover from defendant the sum of $94,608.30, together with court costs of $150.00, for a total sum of $94,758.30.

A judgment by default will be entered contemporaneously

herewith.

DONE this __18th__ day of June, 1998.

_____
United States District Judge